NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ICON HEALTH & FITNESS, INC.,**
*Plaintiff-Appellant,*

v.

**OCTANE FITNESS, LLC,**
*Defendant-Cross-Appellant.*

---

2011-1521, -1636

---

Appeals from the United States District Court for the District of Minnesota in case no. 09-CV-0319, Judge Ann D. Montgomery.

---

## ON MOTION

---

## ORDER

Octane Fitness, LLC moves without opposition to consolidate the above-captioned cases. Octane also moves without opposition for extensions of time to file its opening brief in appeal no. 2011-1636 and its responsive brief in 2011-1521.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion to consolidate is granted. The revised official caption is reflected above.

(2) The motions for extension of time are granted to the extent that Octane's principal and responsive brief is due on January 13, 2012. Icon's reply and responsive brief and Octane's reply brief will be due in accordance with Federal Rules of Appellate Procedure 28.1(f).

FOR THE COURT

__JAN 1 0 2012__
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:      David R. Wright, Esq.
         Rudolph A. Telscher Jr., Esq.

s24

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JAN 1 0 2012

JAN HORBALY
CLERK